Dismissed and Memorandum Opinion filed December 11, 2008








Dismissed
and Memorandum Opinion filed December 11, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00663-CR

____________

 

EMANUELL RANDOLPH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause No. 46,241

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted appellant of aggravated robbery.  The trial court sentenced appellant
on February 22, 2008, to confinement for twenty years in the Institutional
Division of the Texas Department of Criminal Justice. 

The
record reflects that on March 18, 2008, appellant=s motion for new trial was granted. 
Because the motion for new trial was granted, the appeal is now moot.  








Accordingly,
we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 11, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson, and Frost.

Do Not Publish C Tex. R. App. P. 47.2(b).